<sub>k</sub>**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

-vs-  Case No.   3:20-cr-86-J-32JBT

**NEISHA ZAFFUTO**   Defense Atty: Joshua Lowther, Esquire
AUSA: Andrew Tysen Duva and Gary Winters

| JUDGE | Joel B. Toomey U. S. Magistrate Judge | DATE AND TIME | 7/1/2020 2:03 p.m. -3:10 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Jacob Ely |

CLERK'S MINUTES

**PROCEEDINGS:**   INITIAL APPEARANCE/ARRAIGNMENT/BOND

Defendant is present with counsel Joshua Lowther, Esq., who is making a limited appearance. Defendant and attorney are appearing by Zoom videoconference and Defendant consents to appearing by Zoom videoconference.

AUSA Tysen Duva is present in the courtroom and AUSA Gary Winters is present by telephone.

Defendant advised of rights, charges, penalties, special assessment and forfeiture provision.

Defendant enters a plea of not guilty as to each count charged in the Indictment against him.

Government to provide discovery by the end of the day on: **July 10, 2020**

Discovery motions to be filed by: **July 24, 2020**

Dispositive/Suppression motions to be filed by: **July 24, 2020**

Witness List: **10 calendar days prior to trial**

Jencks Act Material**: 5 calendar days prior to trial**

Status: **July 20, 2020 at 4:00 p.m. before the Honorable Timothy J. Corrigan.**

[Continued to Page 2]

Page 2
USA v. Neish Zaffuto (8)
3:20-cr-86-J-32JBT

**Standing Order to enter.**

Trial: **August 3**, **2020 at 9:00 a.m. before the Honorable Timothy J. Corrigan.**

Government's oral motion for bond is **GRANTED**.

Unsecured Appearance Bond set in the amount of $250,000.00 with no deposit required to the Registry of the Court.

**Order Setting Conditions of Release to enter**.

Deadline to file a notice regarding status of counsel due on or before **July 10, 2020.**

**FILED IN OPEN COURT:**
    **Notice of Acceptance of General Discovery**