UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:20-cr-86(S1)-J-32JBT

JORGE PEREZ
RICARDO PEREZ
SETH GUTERMAN
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO
NESTOR ROJAS

**NOTICE OF COMPLIANCE WITH**
**EXPERT DISCLOSURE DEADLINE**

The United States of America, via the undersigned, notifies this Court pursuant to the Scheduling Order (Doc. 175) that the Government made timely disclosure of Rule 16(a)(1)(G) reports of Dr. Peter Kongstvedt and Dr. Kelly Clark to the nine defendants on October 8, 2020. The Government provided a copy of each report to the Chambers of the Honorable Timothy J. Corrigan per the Scheduling Order.

Dated this 13th day of October, 2020.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:   /s/ Tysen Duva
        Tysen Duva
        Assistant United States Attorney
        Florida Bar No. 0603511
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail:      tysen.duva@usdoj.gov

        DANIEL KAHN
        ACTING CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By:   /s/ Gary A. Winters
        Gary A. Winters
        James V. Hayes
        TRIAL ATTORNEYS
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel: (202) 598-2382
        Email: gary.winters@usdoj.gov