**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                       Case No. 3:20-cr-86(S1)-J-32JBT

RICARDO PEREZ                                                      Defense Atty.: Richard J. Landes, Esquire
NEISHA ZAFFUTO                                                  Defense Atty.: Joshua Lowther, Esquire
                                                                                                              AUSA: Tysen Duva

| JUDGE | Joel B. Toomey<br>U. S. Magistrate Judge | DATE AND TIME | 10/23/2020<br>2:03 p.m. – 2:17 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION: | None present |

CLERK'S MINUTES

**PROCEEDINGS:        ARRAIGNMENT ON SUPERSEDING INDICTMENT**

Defendants are present via Zoom videoconference and both Defendants consent to appearing by Zoom videoconference.

Assistant U.S. Attorney Tysen Duva, Richard J. Landes, Esq., and Joshua Lowther, Esq., are present via Zoom videoconference.

Defendants placed under oath.

Defendants advised of rights, charges, penalties, special assessment and forfeiture provision in the Superseding Indictment.

Defendants enter a plea of not guilty as to each count charged in the Superseding Indictment against them.

Trial is currently set for the trial term commencing on September 7, 2021, before the Honorable Timothy J. Corrigan.