IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:20-CR-00086-TJC-JBT-8 |
| v. | ) | |
| | ) | |
| JORGE PEREZ, *ET AL.* | ) | |

**MOTION TO ADOPT**

Ms. NEISHA ZAFFUTO respectfully moves this Court to allow her to adopt Defendant Aaron Durall's MOTION FOR BILL OF PARTICULARS (ECF No. 213). Ms. Zaffuto submits that such adoption is proper because Mr. Durall is a defendant in all counts of the Superseding Indictment (ECF No. 180) in which Ms. Zaffuto is charged.

1

Date:           January 19, 2021

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
Trial Counsel
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Trial Counsel


***s/ David Haas, Esq.***
David Haas, Esq.
Fla. Bar # 0494674
Local Counsel
david@haaslawpllc.com

Haas Law, PLLC
201 S Orange Ave., Ste. 1017
Orlando, FL 32801
407.755.7675
www.haaslawpllc.com

Attorneys for Neisha Zaffuto

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:20-CR-00086-TJC-JBT-8 |
| v. | ) | |
| | ) | |
| JORGE PEREZ, *ET AL.* | ) | |

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, I electronically filed the foregoing MOTION TO ADOPT with the Clerk of the United States District Court for the Middle District of Florida by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:  January 19, 2021

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

3