004-3:2020-CR-00086-1

**U.S. Department of Justice**
United States Marshals Service


COPY RECEIVED
APR 21 2022
BY: USMS

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-86-TJC-JBT |
| DEFENDANT | TYPE OF PROCESS |
| Neisha Zaffuto | Return Asset |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mai Tran, AUSA<br>U.S. Attorney's Office<br>300 N. Hogan Street, Suite 700<br>Jacksonville, Florida 32202 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please return the 2014 Rolls Royce Wraith, VIN: SCA665C56EUX84382 to BMW.

CATS ID: 20-FBI-004086

Signature of Attorney other Originator requesting service on behalf of:
Digitally signed by MAI TRAN
Date: 2022.04.21 13:15:16 -04'00'
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (904) 301-6300

DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 01 | District of Origin No. 18 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 4/21/2022 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 5/27/22  Time: 12:00  [ ] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: Asset returned pursuant to Final Order of Replevin and ~~Forfeiture~~ Agreement.

Form USM-285
Rev. 03/21